# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. WILLIAM H. ALLIS JR.                                Docket No. 3:00CR00006(AHN)

**FILED**
2005 JAN 19 PM 12: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Mark D. Myers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of William H. Allis Jr., who was sentenced to 14 months for a violation of 18 U.S.C. § 3146 by the Honorable Alan H. Nevas, Senior U.S. District Judge, sitting in the court at Bridgeport on July 20, 2000, who fixed the period of supervision at 36 months which commenced on September 18, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program as deemed appropriate by U.S. Probation. Such treatment should include urinalysis testing. The offender shall pay all or a portion of the cost of treatment depending on his ability to pay. The amount of payment is to be determined by U.S. Probation. 2) The defendant shall participate in a mental health treatment program, as deemed appropriate by U.S. Probation. The offender shall pay all or a portion of the cost of treatment depending on his ability to pay. The amount of payment is to be determined by U.S. Probation. On March 25, 2003, the following Special Condition of Supervised Release was added: The defendant shall participate in a sex offender evaluation, which may include the use of a polygraph, approved by the United States Probation Office. He shall further participate in any counseling as recommended by said evaluation. The costs of treatment are to be paid for by the United States Probation Office. That on July 30, 2003, the Court found that the defendant had engaged in conduct in violation of the conditions of his supervised release. The defendant was continued on supervised release until September 15, 2005 with the following added special conditions: 1) The defendant shall serve six months of community confinement at Watkinson House; and 2) The defendant is to have no contact of any kind with Lori Gleason. All previously imposed conditions were ordered to remain in effect. The defendant was released from the halfway house on January 30, 2004. That on September 9, 2004, the Court found that the defendant had engaged in conduct in violation of the conditions of his supervised release. The defendant was continued on supervised release until September 15, 2005 with the following added special conditions: 1) The defendant shall enter the Watkinson House in Hartford for a period of 6 months and; 2) while there, the defendant shall participate in Special Services treatment program for sex offenders, run by The Connection, and shall abide by whatever conditions they impose and report to whatever facility they prescribe. All previously imposed conditions shall remain in effect.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The offender is being cited for violating the following conditions of supervised release:

Charge # 1: Special Condition: <u>The defendant shall enter the Watkinson House in Hartford for a period of 6 months.</u> The defendant entered the Watkinson House on September 21, 2004 and was scheduled to be discharged on March 20, 2005. On January 14, 2005, the offender was discharged from the Watkinson House for failing to abide by their employment policy.

Charge # 2: Special Condition: <u>The defendant shall participate in a sex offender evaluation, which may include the use of a polygraph, approved by the United States Probation Office. He shall further participate in any counseling as recommended by said evaluation.</u> On January 12, 2005, the offender failed to report for his scheduled sex offender treatment group. The absence was not excused. After failing to adequately disclose his offense conduct to group members on January 5, 2005, the offender had been told by group facilitators to come to group on January 12, 2005, prepared to satisfactorily discuss his prior sexual offense. Watkinson House records indicate the offender was in the house on January 12th, during the time he was scheduled to be in group.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing William Allis to appear before this Court at Bridgeport, Connecticut on 1/24/05 at 11 AM to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this __19__ day of January, 2005, and ordered filed and made a part of the records in the above case.

Sworn to By

_Mark D. Myers_
Mark D. Myers
United States Probation Officer

Place Bridgeport, Connecticut
Date 1/19/05

The Honorable Alan H. Nevas
Senior United States District Judge

Before me, the Honorable Alan H. Nevas, Senior United States District Judge, on this 19 day of January, 2005, at Bridgeport, Connecticut, U.S. Probation Officer Mark D. Myers appeared and upon oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alan H. Nevas,
Senior United States District Judge