AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FILED
2005 FEB 10 P 1:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

_____ District of _____ CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Revocation of Probation or Supervised Release) |
| WILLIAM H. ALLIS, JR. | Case Number: 3:00CR00006(AHN) |
| | USM Number: 09847-014 |
| | Francis L. O'Reilly, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

■ was found in violation of condition(s)  1 and 2  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to remain at Halfway House for 6 months | 01/14/2005 |
| 2. | Failure to satisfactorily participate in sex offender treatment | 01/12/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 0932

Defendant's Date of Birth: 1946

Defendant's Residence Address:
Emanuel Baptist Shelter
645 Grand Avenue
New Haven, CT 06510

Defendant's Mailing Address:
Emanuel Baptist Shelter
645 Grand Avenue
New Haven, CT 06510

January 24, 2005
Date of Imposition of Judgment

Signature of Judge

Stefan R. Underhill
~~Alan H. Nevas, Senior~~ United States District Judge
Name and Title of Judge

February 10, 2005
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: WILLIAM H. ALLIS, | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:00CR00006(AHN) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### 4 MONTHS

■ The court makes the following recommendations to the Bureau of Prisons:

The Court requests the BOP designate the offender to FMC Devens Facility in Ayer, MA.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ■ before 2 p.m. on   02/15/2005                .

   ☐ as notified by the United States Marshal.

   ■ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL